PROB 12B  
(7/93)

Report Date: May 24, 2007

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 25 2007

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Charlena Lee Holt               Case Number: 2:05CR00222-002

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, U.S. District Judge

Date of Original Sentence: 6/15/2006              Type of Supervision: Supervised Release

Original Offense: Conspiracy to Counterfeit Money Orders; 18 U.S.C. §§ 500 and 371              Date Supervision Commenced: 6/16/2006

Original Sentence: Prison - 1 Months; TSR - 36 Months              Date Supervision Expires: 8/16/2009

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

21   You shall reside in a residential reentry center for a period of up to 90 days. This placement may include a prerelease component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

## CAUSE

On May 22, 2007, the undersigned officer was contacted by Ron Cunningham, case manager at Geiger Corrections Center. Mr. Cunningham stated the above-mentioned offender submitted a urine sample on May 17, 2007, which tested positive for hydrocodone. On May 24, 2007, Charlena Holt was summoned to the U.S. Probation Office to address the apparent violation of supervised release supervision. The offender acknowledged accepting a hydrocodone pill while in the community on the date in question. Charlena Holt signed an admission of drug use form acknowledging hydrocodone consumption on or about May 17, 2007.

As an intermediate sanction, Charlena Holt was verbally reprimanded and directed to abstain from the use of any controlled substance while under supervision. Additionally, the offender was approached about participating in the STEP program as a means to provide more intensive support during supervision. It is anticipated that Ms. Holt will be granted an opportunity to participate in the STEP program while at Geiger Corrections Center. It is expected that she will continue to avail herself for counseling purposes and urinalysis testing as directed.

The Court may recall, the offender was expected to complete a 180-day RRC period at Geiger Corrections Center on May 29, 2007. As a result of the reported violation behavior, Charlena Holt signed the attached waiver of hearing agreeing to participate in the residential reentry program for an extended period up to 90 days.

Prob 12B
Re: Holt, Charlena Lee
May 24, 2007
Page 2

It is respectfully recommended that the attached waiver of hearing to modify conditions of supervised release be adopted requiring Charlena Holt to reside at a residential reentry center for an additional 90 days.

The undersigned officer will facilitate continued placement at Geiger Corrections Center, if Your Honor concurs. However, in the event you choose to have a warrant or summons issued, please advised and the undersigned will prepare the appropriate petition and present it for your signature.

Respectfully submitted,

by Tommy Rosser
Tommy Rosser
U.S. Probation Officer
Date: May 24, 2007

THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

Signature of Judicial Officer

5-25-07
Date